# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEIJING ROYALAIR INTERNATIONAL TRAVEL CO., LTD.,<br>　　Plaintiff,<br><br>　　　　v.<br><br>PETER K. SPITZ, et al.,<br>　　Defendants. | CV 21-6420 DSF (JEMx)<br><br>Order to Show Cause re Dismissal for Lack of Subject Matter Jurisdiction |

　　Plaintiff filed this case in federal court claiming diversity jurisdiction. However, Plaintiff is an alien corporation and Defendants include both a foreign corporation and United States citizens. There is no diversity jurisdiction where there is a foreign citizen on one side and foreign citizens and citizens of States on the other. See Faysound Ltd. v. United Coconut Chemicals, Inc., 878 F.2d 290, 295 (9th Cir. 1989).

　　Therefore, Plaintiff is ordered to show cause, in writing, no later than August 24, 2021 why this case should not be dismissed for lack of subject matter jurisdiction. Specifically, Plaintiff should inform the Court whether Plaintiff intends to dismiss the foreign defendant or if the entire case should be dismissed without prejudice.

　　IT IS SO ORDERED.

Date: August 10, 2021

　　　　　　　　　　　　　　　　　　　　　　_Dale S. Fischer_
　　　　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　　　United States District Judge